IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00918-BNB

EUGENE EDWARDS,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, as Executive Director of DOC, in his Individual and Official Capacit[ies],

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 23 2011

GREGORY C. LANGHAM
                          CLERK

---

ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED May 23, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00918-BNB

Eugene Edwards
Prisoner No. 102474
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215-0999

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk