**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-00918-LTB-MEH

EUGENE EDWARDS,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, as Executive Direction of DOC, in his individual and official capacities,

    Defendant.

---

**ORDER**

---

Upon Plaintiff's Objection to the Recommendation of the United States Magistrate Judge (Doc 38 - filed November 4, 2011), it is

ORDERED that the Objection is STRICKEN as untimely filed.  F.R.C.P. 72, *United States v. Maddatz*, 447 U.S. 667, 676-83 (1980), 28 U.S.C. § 636(b)(1).

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   November 7, 2011