**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-00918-LTB-MEH

EUGENE EDWARDS,

      Plaintiff,

v.

ARISTEDES W. ZAVARAS, as Executive Direction of DOC, in his individual and official capacities,

      Defendant.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on October 19, 2011 (Doc 32).  Plaintiff filed timely written objections to the Magistrate Judge's recommendation (Doc 38).  The parties were given an opportunity to file any additional responses (Doc 43) but neither party has filed same.

I have considered Plaintiff's Objections *de novo* in light of the recommendation, record, and file in this action.  Upon such *de novo* review, I conclude that the recommendation is correct.  Accordingly,

IT IS ORDERED that the recommendation is accepted as follows:

Plaintiff's first claim for lack of subject matter jurisdiction is DISMISSED and Defendant's Motion to Dismiss (Doc 20) is GRANTED as to Plaintiff's second and third claims.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   August 8, 2012